*1214 538 U. S. 1063;
ante, p. 828;
ante, p. 830;
ante, p. 859;
ante, p. 876;
ante, p. 1089;
ante, p. 1075;
ante, p. 883;
ante, p. 894;
ante, p. 1073;
ante, p. 901;
ante, p. 1006;
ante, p. 954;
ante, p. 955;
ante, p. 988;
ante, p. 973;
ante, p. 944;
ante, p. 1053;
ante, p. 1053;
ante, p. 1053;
ante, p. 1054;
ante, p. 1055;
ante, p. 1009;
ante, p. 1057;
ante, p. 1057;
ante, p. 1059;
ante, p. 1010;
ante, p. 1023;
*1215 No. 03-6745.
No. 03-6785.
No. 03-6787.
No. 03-6828.
No. 03-6846.
No. 03-6857.
No. 03-6858.
No. 03-6859.
No. 03-6864.
No. 03-6913.
No. 03-6919.
No. 03-6934.
No. 03-6935.
No. 03-6959.
No. 03-6991.
No. 03-7007.
No. 03-7040.
No. 03-7090.
No. 03-7120.
No. 03-7187.
No. 03-7190.
No. 03-7278.
No. 03-7280.
No. 03-7303.
No. 03-7340.
No. 03-7398.
No. 03-7429.
No. 03-7433.
ante, p. 1076;
ante, p. 1078;
ante, p. 1023;
ante, p. 1060;
ante, p. 1060;
ante, p. 1079;
ante, p. 1091;
ante, p. 1091;
ante, p. 1079;
ante, p. 1002;
ante, p. 1016;
ante, p. 1061;
ante, p. 1061;
ante, p. 1061;
ante, p. 1080;
ante, p. 1062;
ante, p. 1063;
ante, p. 1064;
ante, p. 1076;
ante, p. 1061;
ante, p. 1066;
ante, p. 1068;
ante, p. 1085;
ante, p. 1083;
ante, p. 1124;
ante, p. 1125;
ante, p. 1094; and
ante, p. 1094.
Petitions for rehearing denied.